UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-19089-BKC-RAM
CHAPTER 13

IN RE:
MARIO J. DOMINGUEZ
and STELLA M. GELSOMINO
    Debtors.
_____/

## DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY CLC CONSUMER SERVICES CO., D/B/A E*TRADE BANK

      The Debtors, MARIO DOMINGUEZ and STELLA M. GELSOMINO, by and through their undersigned attorney, object to claim No. 4, filed by CLC Consumer Services Co., Attn: President, 2730 Liberty Avenue, Pittsburg, PA 15222, E*Trade Bank, 671 N. Glebe Road, Arlington, VA 22203, as a secured claim, in the amount of $60,960.65, with an arrearage amount of $660.19 and state:

    1.    This claim should be stricken as this loan is being treated outside the bankruptcy.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert, Trustee @ e2c8f01@ch13herkert.com and regular mail to the above addresses this 22nd day of July 2009.

    Respectfully submitted,

    THE BANKRUPTCY RESOURCE CENTER
        Attorneys for the Debtors
        10 NW LeJeune Rd., Ste. 620
        Miami, FL 33126
        Telephone (305) 443-4217

        By:   /s/ Michael J. Brooks
            Michael J. Brooks
            Florida Bar No: 434442