

**ORDERED in the Southern District of Florida on August 02, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Mario J Dominguez and Stella M Gelsomino
    Debtor(s).

CASE NO. 09-19089-RAM
CHAPTER 13

_____/

**AGREED ORDER GRANTING DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, MOTION FOR RELIEF FROM STAY**

THIS CAUSE came on for consideration pursuant to the Agreed Motion For Relief From Stay filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, a secured creditor in the above-styled cause. The Court, having considered said Motion, and having agreement of the Movant and Debtor(s), is of the opinion that it is appropriate to enter an Order on such Agreed Motion For Relief From Stay. It is, therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1.  The Agreed Motion for Relief From Stay filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, be and hereby is GRANTED.

2.  The automatic stay provided by 11 U.S.C. 362 be and hereby is terminated as to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, its Successors and Assigns.  Accordingly, the automatic stay is hereby modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

> **CONDOMINIUM UNIT 3G, OF THE CARIBBEAN TOWERS CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 23807, AT PAGE 2665, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION**
>
> **a/k/a 7545 East Treasure Drive, #3G, North Bay Village, FL  33141.**

3.  This Order be and hereby is entered for the sole purpose of allowing DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

4.  Movant may offer and provide Debtor(s) with information in regard to a potential forbearance Agreement, Loan modification, Refinance Agreement or other Loan workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor(s).  Movant, however, may not enforce or threaten to enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy.

5.  Pursuant to F.R.B.P. 4001(a)(3), the 10 day stay of order is waived.

Submitted by:
WAYNE B. SPIVAK
FLORIDA BAR NO. 38191
 Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541


B09056109
The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.

Mario J Dominguez  and Stella M Gelsomino
6211 Alton Road
Miami Beach,  FL  33140

Michael A Frank, Esquire
10 NW LeJeune Rd #620
Miami,  FL  33126

Nancy N. Herkert, Trustee
POB 279806
Miramar,  FL  33027

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2
1100 Virginia Drive
P.O. Box 8300
Fort Washington, PA  19034

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018