

ORDERED in the Southern District of Florida on August 14, 2009.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-19089-BKC-RAM

CHAPTER 13

IN RE:

MARIO J. DOMINGUEZ
and STELLA M. GELSOMINO,
    Debtors.
_____/

### ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY CONSUMER SERVICES CO., D/B/A E*TRADE BANK

THIS CAUSE having come on to be heard at 1:30 p.m., on August 13, 2009, on the Debtors' Objection to Claim No. 4 filed by Consumer Services Co., d/b/a E*Trade Bank, this Court having heard argument of counsel and based upon the record, it is,

    **ORDERED**:

    1.    Claim No. 4 filed by Consumer Services Co., d/b/a E*Trade Bank, as a

secured claim, in the amount of $60,960.65, with an arrearage amount of $660.19, is STRICKEN, as this claim is being treated outside the Debtor's Plan.

### # # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Herkert, Trustee
CLC Consumer Services Co.,
E*Trade Bank

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.