**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
FOURTH AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

Debtors: **MARIO DOMINGUEZ AND STELLA GELSOMINO**   CASE NO. **09-19089-BKC-RAM**
Last four digits of SS No. 2245          Last four digits of SS No. 9444

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

**A. $914.75** for months **1** to **55**, beginning **June 12, 2009**;
**B. $1,000.00** for months **56** to **60**, beginning January 12, 2014; to pay:

**Administrative**: Attorney's Fees: $6,000.00; Paid Fees: $2,000.00; Balance Due: $4,000.00; payable $666.67/mo. (Mos. 1 to 6)

**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**1. \* OCEAN BANK (1st Mortgage Homestead Property Acct #2550006925)** – 780 NW 42 Ave., Ste 625, Miami, FL 33126 - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

**2. MIAMI-DADE TAX COLLECTOR (Homestead Property Taxes)** – 140 West Flagler St., Ste 101m, Miami, FL 33131 - Total Due: $13,364.39 thru May 12, 2009; Payable; $56.60/mo. (Mos. 1 to 6) and $395.55/mo. (Mos. 7 to 55) [payments include 18% interest]

**3. DEUTSCHE BANK (1st Mortgage Investment Property #1 Acct #359321526)** – c/o Florida Default Law Group, Post Office Box 25018, Tampa, FL 33622 - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

**4. HOMECOMINGS FINANCIAL (2nd Mortgage Investment Property #1 Acct #7304504152)** – Post Office Box 205, Waterloo, IA 50704 - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

**5. CARRIBBEAN TOWERS CONDO (1st Mortgage Maintenance Investment #1 Property Acct #36)** – Assn Law Group, Post Office Box 415848, Miami Beach, FL 33141 - The account with this creditor will be treated outside the Chapter 13 Plan.

**6. FLAGSTAR BANK (1st Mortgage Investment Property #2 Acct #274500384822)** – 5151 Corporate Dr., Troy, MI 48098 - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

**7. E TRADE BANK (2nd Mortgage Investment Property #2 Acct #7903048110840085)** – 2730 Liberty Ave., Pittsburgh, PA 15222 - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

**8. WAVERLY SURFSIDE (Maintenance Investment Property #2 Acct #404)** – c/o Becker & Poliakoff, 121 Alhambra Place, Coral Gables, FL - The account with this creditor will be treated outside the Chapter 13 Plan.

**9. CITIBANK (2nd Mortgage Homestead Property Acct #2908333806)** – 1000 Technology Dr., O'Fallon, MO 63368 - **The value of the homestead property is $317,645.00. The payoff of the first mortgagee Ocean Bank is $637,000.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Citibank in the amount of $150,000.00 will be stripped off and avoided.**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**1. BMW FINANCIAL SERVICES (Acct #1000330703)** - 5515 Parkcenter Circle, Dublin, OH 43017 - VALUE OF A 2005 BMW X5 and warranty, if applicable, $18,925.00; Payment; $100.00/mo. (Mos. 1 to 6) and $427.72/mo. (Mos. 7 to 55) [payments include 5.25% interest]

**2. NATIONAL CITIBANK (Acct #6804583029748)** - Post Office Box 5570, Cleveland, OH 44101 - The 2003 Regal Boat will be surrendered.

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

1. **Internal Revenue Service** - TOTAL DUE; $618.00, Payable, $123.60/mo. (Mos. 56 to 60)

**Unsecured Creditors**: Payable: $776.40/mo. (Mos. 56 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS:** All mortgage companies shall continue to send the debtor(s) the regular monthly invoices.

**OTHER PROVISIONS:** All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.

Dated: October 14, 2009

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) (1) and (2) and that a true and correct copy of the foregoing was e-mailed Nancy Herkert, Trustee, e2c8f01@ch13herkert.com and mailed to all creditors on October 14, 2009.

THE BANKRUPTCY RESOURCE CENTER
Attorney for Debtor(s)
10 N.W. LeJeune Road, Suite 620
Miami, FL 33126-5431
(305) **443-4217**
Pleadings@bkclawmiami.com


By /s/ _____
Michael J. Brooks
Florida Bar No. 434442

LF-31 (rev. 06/02/08)