CGFD70A (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–19089–RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Mario J Dominguez  
6211 Alton Road  
Miami Beach, FL 33140  

SSN: xxx–xx–2245

Stella M Gelsomino  
6211 Alton Road  
Miami Beach, FL 33140  

SSN: xxx–xx–9444

## NOTICE OF FILING OF EVIDENCE OF COMPLETE TRANSFER OF CLAIM AND DEADLINE FOR OBJECTION

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office on 10/22/2009 , evidence of a **complete** transfer of claim to PRA Receivables Management, LLC (transferee) of claim number 13 , filed by FIA Card Services, N.A. (transferor) in the amount of $9,243.58 .

If no objections are filed on or before **11/16/2009** , PRA Receivables Management, LLC will be substituted as **complete claimant** in the amount of $9,243.58 , in place of the original claimant.

**Dated:10/23/09**

**CLERK OF COURT**  
By: Olga Rodriguez  
Deputy Clerk

The clerk shall serve a copy of this notice on the Transferor, Transferee, Debtor, Attorney for Debtor (if applicable) and Trustee.