UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

IN RE:
MARIO J. DOMINGUEZ
STELLA M. GELSOMINO
         DEBTOR(S)
_____/

PROCEEDING UNDER CHAPTER 13
CASE NO: 09-19089-BKC-RAM

### NOTICE OF WITHDRAWAL OF CHAPTER 13 TRUSTEE'S MOTION TO DEVIATE/DISBURSE SAFE HARBOR FEES (DOCKET ENTRY NO. 58)

Notice is hereby given that the Chapter 13 Trustee's Motion to Deviate/Disburse Safe Harbor Fees (Docket Entry No. 58) filed on behalf of the Trustee is hereby withdrawn.

I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal, was mailed to those parties listed this 27th day of OCTOBER 2009.

                                   /s_____
                                   NANCY N. HERKERT, ESQUIRE
                                   STANDING CHAPTER 13 TRUSTEE
                                   P.O. BOX 279806
                                   MIRAMAR, FLORIDA 33027-4166
                                   Telephone: (954) 443-4452

COPIES FURNISHED TO:

Mario J Dominguez & Stella M. Gelsomino
6211 Alton Road
Miami Beach, FL 33140

Michael A. Frank, Esq. (ECF)